# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-51317
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 13, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JAVIER QUESADA-RIOS, also known as Javier Quezada-Rios,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:14-CR-514-1

Before PRADO, OWEN and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Javier Quesada-Rios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Counsel also has implicitly moved to supplement the record with copies of adjudicative documents regarding Quesada-Rios's prior state conviction. Quesada-Rios has filed a response and has moved for the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-51317

appointment of new counsel.  We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Quesada-Rios's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Therefore, counsel's implied motion for leave to supplement the record and motion for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, Quesada-Rios's motion for appointment of new counsel is DENIED, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.